UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CASHMERE ANTOINE SIMMONS #790662,
Plaintiff,

v.

SINAI-GRACE HOSPITAL, *ET AL.*,
Defendants.

No. 1:26-cv-1782

Honorable Paul L. Maloney

**JUDGMENT**

In accordance with the order entered on this date, and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: August 21, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge